ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBA No. 32245.
Head of Program Litigation 1
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    Program Litigation 1 | Law & Policy
    Social Security Administration
    6401 Security Boulevard
    Baltimore, Maryland 21235
    Telephone: (510) 970-4822
    E-Mail: Marcelo.Illarmo@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| | No.  2:25-cv-02840-JDP |
| DEBORAH DENISE SMITH-CAUDILL, | |
| Plaintiff, | STIPULATION FOR EXTENSION TO FILE OPPOSITION TO PLAINTIFF'S OPENING BRIEF |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's motion for summary judgment be extended from January 23 to February 23, 2026.  This is Defendant's first request for an extension of time to respond to Plaintiff's brief.  Defendant respectfully requests this additional time because counsel was recently assigned the case and currently has eight district court briefs due from January 20 to January 29, 2026.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

- Defendant shall respond to Plaintiff's opening brief on or before February 23, 2026;

- Plaintiff's optional reply will be due within 14 days of the filing of Defendant's brief (on or before March 9, 2026).

Respectfully submitted,

DATE: January 13, 2026                    */s/ Francesco P. Benavides**
                                          FRANCESCO P. BENAVIDES
                                          Attorney for Plaintiff
                                          (* approved via email on 1/13/26)

                                          ERIC GRANT
                                          United States Attorney

DATE: January 13, 2026          By    *s/ Marcelo Illarmo*
                                          MARCELO ILLARMO
                                          Special Assistant United States Attorney

                                          Attorneys for Defendant

ORDER

IT IS SO ORDERED.

Dated:    January 16, 2026          _____
                                          JEREMY D. PETERSON
                                          UNITED STATES MAGISTRATE JUDGE

2